FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2018 ★
LONG ISLAND OFFICE

# CV18 3099

# United States District Court

*for the*

## Eastern District of New York

HURLEY, J.

BROWN, M. J.

DRH

| DM ▇▇▇▇▇, a minor by Willie Moore, his father, and Ursula Moore, his mother, ▇▇▇▇▇▇ DM, a minor by Willie Moore, his father, and Ursula Moore, his mother, and **WILLIE MOORE** and **URSULA MOORE**, |
|---|

*Plaintiffs*

—v—

ST. MARY SCHOOL, BIAGIO M. ARPINO, *Principal of St. Mary School*, and THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE

*Defendants*

Corrected **ORDER TO SHOW CAUSE**

CORY H. MORRIS (CM 5225)
Attorney for the Plaintiffs
33 Walt Whitman Rd, suite 310
Dix Hills, New York 11749
Phone: (631) 450-2515
Cory.H.Morris@protonmail.com
VICTOR JOHN YANNACONE, JR. (VY6405)
of counsel

# ORDER TO SHOW CAUSE

Upon the affirmation of Ursula Moore dated 24 May 2018 and the affirmation of attorney Cory H. Morris, Esq., dated 24 May 2018, together with all the materials and exhibits submitted with those affirmations, and evidence that Plaintiffs have served notice of the application for this Order upon the Defendants or counsel for said defendants by electronic mail on 24 May, 2018;

DRH  let the defendants, individually and/or by their attorneys appear before this court on the 30th day of May, 2018 ▇ at 1:00 p.m. in Courtroom 930, to:

**SHOW CAUSE** why an order should not be issued  LM, MJ, and MM

DRH  **DIRECTING** St. Mary School to immediately remove ▇ ▇ from the School premises so long as Plaintiffs ▇ DM or his younger brother ▇ are students at the School.  ^DM

DRH  **DIRECTING** Defendants to take all actions necessary to immediately remove permanently any images or content referring to Plaintiffs ▇ DM or DM, or any member of the Moore family from any electronic or other form of media.

DRH  **DIRECTING** Defendants to take all actions necessary to immediately and permanently remove any images or content referring to Plaintiffs ▇ DM or DM ▇ or any member of the Moore family from any device including, but not limited to laptops, tablets, other mobile devices, and storage devices.

DRH

DIRECTING Defendants to take all actions necessary to immediately comply with the terms of the Litigation Hold Notice already served upon them.

DIRECTING Defendants to DELETE any and all internet or social media accounts to which the Defendants have access which have been accessed by or may be capable of being accessed by ▮▮▮▮ LM, MJ, and MM

DRH

DIRECTING Defendants to DELETE any and all images or content from any internet or social media sites maintained by or to which the Defendants may have access which have been accessed by or may be capable of being accessed by ▮▮▮▮ LM, MJ, and MM

DRH

[text redacted with black marker]

DATED at Central Islip in the Eastern District of New York on 25 May 2018

SO ORDERED

Signed 5/29/18       S/ Denis R. Hurley
                     USDJ