UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
D.D.M., a minor by Willie Moore, his father, and Ursula Moore, his mother; D.W.M., a minor by Willie Moore, his father, and Ursula Moore, his mother, WILLIE MOORE, and, URSULA MOORE,

                     Plaintiffs,                      **ORDER**
                                                             2:18-cv-3099 (DRH)(GRB)

    - against –

ST. MARY SCHOOL, BIAGIO M. ARPINO, as Principal of St. Mary School, and THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE,

                     Defendants.
-------------------------------------------------------X

**HURLEY, Senior District Judge:**

      Pursuant to Federal Rule of Civil Procedure 19, and as discussed on the record at the hearing held this date, Plaintiffs are directed to add to their Complaint as named defendants the three infants involved in the alleged cyberbullying, by their respective guardians. As agreed by all Parties during the same hearing, the guardian of infant L.M. may be named using only his initials and the aforementioned infants shall be identified solely by their initials as well. Once service has been effected, affidavits of service should be filed on the docket. The Court will subsequently schedule a further conference and/or hearing.

      Furthermore, the Parties are reminded that all minors are to be identified only by their initials in accordance with Federal Rule of Civil Procedure 5.2(a). This applies not only to

pleadings but also to any other filings, including memoranda.

**SO ORDERED.**

Dated: Central Islip, New York
May 30, 2018

/s/
Denis R. Hurley
Unites States District Judge