UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X  Docket No.: 2:18-cv-03099-DRH-GRB

D.W.M., a minor by Willie Moore, his father, and
Ursula Moore, his mother, **D.D.M.**, a minor by
Willie Moore, his father, and Ursula Moore, his mother,
and **WILLIE MOORE** and **URSULA MOORE**,

                        Plaintiffs,

                                              **NOTICE OF**
-against-                                     **MOTION FOR DISMISSAL**
                                              (Fed.R.Civ. P.12(b))

**ST. MARY SCHOOL**,
**BIAGIO M. ARPINO**, *Principal of St. Mary School*,
and **THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE**,

**KERRI LECHTRECKER**, individually and as the mother
of **L.M.**, an infant, **"MIKE" JONES** and
**CHRISTINE JONES**, individually
and as parents and natural guardians of **M.J.**, an infant;
and **KRZYSZTOF MARS** and **DOROTA MARS**. Individually
and as the parents and natural guardians of **M.M.**, an infant,

                        Defendants.
------------------------------------------------------------------X

## RELIEF SOUGHT

Defendants **KRZYSZTOF MARS** and **DOROTA MARS**. Individually and as the parents and natural guardians of **M.M.**, an infant, moves this Court pursuant to Federal Rules of Civil Procedure (F.R.C.P) §12(b) to dismiss the Complaint in this action for no subject matter jurisdiction, failure to state a claim upon which relief can be granted and failure to join a party pursuant to F.R.C.P. §19 Also relief is sought pursuant to F.R.C.P. 12(f) to strike redundant, immaterial, impertinent, and scandalous matters from the Complaint.

## RECORD ON MOTION

This motion is based on this document, the accompanying Memorandum of Law and on the Plaintiff's Summons and Fourth Amended Verified Complaint attached hereto as

Exhibit "A". This motion is made at this time pursuant to the Order of this Court dated September 28, 2018.

          Yours , etc.

          TIERNEY & TIERNEY, ESQS.

          _____
          STEPHEN A. RULAND, ESQ. (SR-2832)
          409 Route 112
          Port Jefferson Station, New York 11776
          Stephen.ruland@tierneylaw.net
          Attorneys for Defendant
          **KRZYSZTOF MARS** and **DOROTA MARS**. Individually and as the parents and natural guardians of **M.M.**, an infant

Dated: Port Jefferson Station, New York
       September 28, 2018

To:   LAW OFFICES OF CORY H. MORRIS
      Attorneys for Plaintiff
      **D.W.M.**, a minor by Willie Moore, his father, and Ursula Moore, his mother, **D.D.M.**, a minor by Willie Moore, his father, and Ursula Moore, his mother, and **WILLIE MOORE** and **URSULA MOORE**
      33 Walt Whitman Road – Suite 310
      Dix Hills, New York 11746
      Cory.H.Morris@protonmail.com

      Victor John Yannacone, Jr., Esq.
      barrister@yannalaw.com (e-mail only)

      JOSEPH M. NADER, ESQ.
      PATRICK F. ADAMS, P.C.
      Attorneys for Defendant
      **ST. MARY SCHOOL,**
      **BIAGIO M. ARPINO**, *Principal of St. Mary School*,
      and **THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTER,**
      3500 Sunrise Highway – Building 300
      Great River, New York 11739
      courts@pfapc.com

VESSELIN VENELINOV MITEV, ESQ.
JOHN RAY AND ASSOCIATES
Attorneys for Defendant
**KERRI LECHTRECKER**, individually and as the mother
of **L.M.**, an infant
122 North Country Road
Miller Place, New York 11764
Vesselin@raymitevlaw.com

CHRISTOPHER MESTECKY, ESQ.
ANTHONY J. FASANO, JR., ESQ.
GUERCIO AND GUERCIO
Attorneys for Defendant
**"MIKE" JONES** and **CHRISTINE JONES**, individually
and as parents and natural guardians of **M.J.**, an infant
77 Conklin Street
Farmingdale, New York 11753
cmestecky@guerciolaw.com
afasano@guerciolaw.com (e-mail only)