UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
D.W.M., a minor by Willie Moore,
his father, and Ursula Moore, his mother,
D.D.M., a minor by Willie Moore,
his father, and Ursula Moore, his mother,
and WILLIE MOORE and URSULA MOORE,

                Plaintiffs,

    -against-

ST. MARY SCHOOL, BIAGIO M.
ARPINO, Principal of St. Mary School, and
THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, KERRI
LECHTRECKER, individually and as the
mother of L.M., an infant, MIKE JONES
and CHRISTINE JONES, individually and
as parents and natural guardians
of M.J., an infant, and KRZYSZTOF MARS
and DOROTA MARS, individually and as
the parents and natural guardians of M.M.,
an infant,

                     Defendants.
---------------------------------------------------------------------X

**DEFENDANTS'
NOTICE OF MOTION
PURSUANT TO
F.R.C.P. 12(b)**

Civil Action No.
2:18-cv-03099 (DRH)
(GRB)

    **PLEASE TAKE NOTICE** that, upon documents submitted and referenced in the underlying motions; the Declaration of Christopher F. Mestecky dated October 1, 2018, the memorandum of law submitted herewith, and all prior pleadings and proceedings heretofore had herein, on the 9th day of November, 2018, attorneys for Defendants, M.J., by his parents and natural guardians, Michael Jones and Christine Jones, and Michael Jones and Christine Jones individually, will make application to Honorable Judge Denis R. Hurley of the United States District Court for the Eastern District of New York, at 100 Federal Plaza, Central Islip, NY 11722 for a motion pursuant to F.R.C.P. 12(b) and the Individual Rules of this Court dismissing the

Complaint for failure to state a claim for which relief can be granted, together with any other relief this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served upon the undersigned on or before October 29, 2018. Further, Defendants shall serve their replies, if any, and file all papers with the Court, including a courtesy copy for Chambers, on or before November 9, 2018.

Dated: Farmingdale, New York
      October 1, 2018

GUERCIO & GUERCIO, LLP

BY:    _____/s/_____
          CHRISTOPHER F. MESTECKY
          (CFM 6598)

          _____/s/_____
          ANTHONY J. FASANO
          (AF 2931)
          *Attorneys for Defendants*
          Guercio & Guercio, LLP
          77 Conklin Street
          Farmingdale, New York 11735
          516-694-3000

TO:    Cory H. Morris, Esq.
       Victor John Yannacone, Jr., Esq.
       Law Offices of Cory H. Morris
       33 Walt Whitman Road, Suite 310
       Dix Hills, New York 11746
       (631) 450-2515
       *Attorneys for Plaintiffs*

       Joseph M. Nador, Esq.
       Patrick F. Adams, P.C.
       3500 Sunrise Highway, Building 300
       Great River, New York 11739
       (631) 666-6200
       *Attorneys for Defendants*

St. Mary School, Biagio M. Arpino,
Principal of St. Mary School, and
the Roman Catholic Diocese
of Rockville Centre

Vesselin Mitev, Esq.
Ray, Mitev & Associates, LLP
122 North Country Road
Miller Place, New York 11764
(631) 473-1000
*Attorneys for Defendants*
Kerri Lechtrecker,
individually and as the
mother of L.M., an infant

Stephen A. Ruland, Esq.
Tierney & Tierney
409 Route 112
Port Jefferson Station, New York 11776
(631) 928-1444
*Attorneys for Defendants*
Krzysztof Mars and Dorota Mars,
individually and as the parents and
natural guardians of M.M., an infant

GGDOCS-404906374-193