UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
D.W.M., a minor by Willie Moore, his father,    2:18-cv-3099(DRH)(GRB)
and Ursula Moore, his mother;
D.D.M., a minor by Willie Moore,
his father, and Ursula Moore,
his mother, and WILLIE MOORE and URSULA
MOORE,

         Plaintiffs  **NOTICE OF MOTION**

  -against-

ST. MARY SCHOOL, BIAGIO M. ARPINO,
Principal of St. Mary School, and THE ROMAN
CATHOLIC DIOCESE OF ROCKVILLE CENTRE,
L.M., M.J., and M.M., infants by their respective
parents and natural guardians, KERRI
LECHTRECKER, individually and as the mother **JUSTICE ASSIGNED**:
of L.M., an infant, and E.G.M. Hon. Denis R. Hurley
(initials by Order of the Court), individually
and as the father of L.M., an infant;
"MIKE" JONES and CHRISTINE JONES,
Individually and as parents and natural
guardians of M.J., an infant; and KRZYSZTOF MARS
and DOROTA MARS. Individually and as the
parents and natural guardians of M.M., an infant,

         Defendants.
-------------------------------------------------------------- x

  **PLEASE TAKE NOTICE**, that upon the Memorandum of **JOSEPH M. NADOR, ESQ.**, an associate at the law firm of **PATRICK F. ADAMS, P.C.**, attorneys for the defendants, **ST. MARY SCHOOL, BIAGIO M. ARPINO AND THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE,** and upon the supporting exhibits and all prior proceedings heretofore had herein, the above defendants hereby move this Court for an order pursuant to Federal Rules of Procedure 12(b)(1) and

12(b)(6) dismissing the plaintiff's complaint in its entirety as to these defendants and for such other and further relief as this Court may deem just and proper.

Pursuant to the Order Dated September 10, 2018, all opposition papers are to be served on or before October 29, 2018.

No prior similar relief has been requested.

Dated: Great River, New York
October 1, 2018

Yours, etc.,

_____
PATRICK F. ADAMS, P.C.
BY:     JOSEPH M. NADOR, ESQ.
Attorneys for Defendants
**ST. MARY SCHOOL, BIAGIO M. ARPINO, PRINCIPAL OF ST. MARY SCHOOL, AND THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE**
3500 Sunrise Highway, Building 300
Great River, New York 11739
(631) 666-6200
JMNador @pfapc.com

TO:   LAW OFFICES OF CORY H. MORRIS
      Attorney for Plaintiffs
      33 Walt Whitman Road, Suite 310
      Dix Hills, New York 11746
      (631) 450-2515
      Cory.H.Morris@protonmail.com

      VESSELIN MITEV, ESQ.
      RAY, MITEV & ASSOCIATES, LLP
      Attorneys for infant defendant
      LM by his mother and natural guardian
      KERRI LECHTRECKER, individually
      and as the mother of L.M.
      122 North Country Road
      Miller Place, New York 11764
      631-473-1000
      Vesselin@raymitevlaw.com

TIERNEY & TIERNEY, ESQS.
Attorneys for Defendant
KRZYSZTOF MARS and DOROTA MARS
Individually and as the parents and natural guardians
of M.M. an infant
409 Route 112
Port Jefferson Station, New York 11776
Stephen.ruland@tierneylaw.net

CHRISTOPHER MESTECKY, ESQ.
ANTHONY J. FASANO, JR., ESQ.
GUERCIO AND GUERCIO
Attorneys for Defendant
MIKE JONES and CHRISTINE JONES, individually
and as parents and natural guardians of M.J., an infant
77 Conklin Street
Farmingdale, New York 11753
cmestecky@guerciolaw.com
afasano@guerciolaw.com

JMN:vp
[M100118NM]