UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
D.W.M., a minor by Willie Moore, his father, and
Ursula Moore, his mother, **D.D.M.**, a minor by
Willie Moore, his father, and Ursula Moore, his mother,
and **WILLIE MOORE** and **URSULA MOORE**,

**ANSWER OF**
**INFANT L.M.**

                        Plaintiffs,

        -against-

2:18-CV-03099-DRH-GRB

**ST. MARY SCHOOL,**
**BIAGIO M. ARPINO**, *Principal of St. Mary School*,
and **THE ROMAN CATHOLIC DIOCESE OF**
**ROCKVILLE CENTRE,**

**KERRI LECHTRECKER**, individually and as the mother
of **L.M.**, and infant, **"MIKE" JONES**
and **CHRISTINE JONES**, individually
and as parents and natural guardians of **M.J.,** an infant;
and **KRZYSZTOF MARS** and **DOROTA MARS**. Individually
and as the parents and natural guardians of **M.M.**, an infant,

                        Defendants.
-------------------------------------------------------------------X

Defendant, infant L.M., by and through his parent and natural guardian, KERRI LECHTRECKER, appears, through his attorneys, Ray, Mitev & Associates, LLP, and answers the Fifth Amended Complaint as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Pars. 1-19, pars. 21-24, Pars. 28, except admits that Plaintiff D.W.M. is African American, Par. 29, Par. 30, except admits that Plaintiff D.D.M. is African American, Par. 31, Par. 32, except admits that Plaintiff Ursula Moore is African American, Par. 33, except admits that Plaintiff Willie Moore is African American, Pars. 34-61, Pars. 64-71, Pars. 73-76, except denies that LM "launched" any "cyberattack", Pars. 78, 79, except denies that LM had engaged in any "anti-social behavior", Par. 80, except denies that LM was or is "dangerous", Pars. 81, 82, except denies that L.M.

1

"harbored racial animus toward black/African American students", Pars. 83-108, except denies that "oof" is commonly understood to be anything by anyone, and further denies that the image was "entitled" by L.M., Pars. 109-135, except denies that L.M. had any "anti-social actions" and further denies that this is an allegation capable of definition, Par. 136, denies that there was ever "anti-social behavior in the past" from which L.M. was protected from by Institutional Defendants, Pars. 137-276, Pars. 286-295, admits further that the events as alleged took place in Suffolk County, and that any documents referenced therein speak for themselves, and otherwise refers all questions of law or fact to trial of this matter.

2. Admits Par. 20.

3. Admits Par. 25.

4. Admits Par. 26.

5. Does not contest venue (Par. 27) or jurisdiction, which has already been determined by Order of this Court, dated Aug. 27, 2019.

6. Denies Pars. 62, 63, 72, to the extent it can be construed to set forth an allegation as against answering Defendant, 77, 277-282, 283, 284, 285.

**RESPONSE TO THE FIRST CAUSE OF ACTION**

7. Dismissed by Memorandum & Order dated 8/27/2019.

**RESPONSE TO THE SECOND CAUSE OF ACTION**

8. Dismissed by Memorandum & Order dated 8/27/2019.

**RESPONSE TO THE THIRD CAUSE OF ACTION**

9. Dismissed by Memorandum & Order dated 8/27/2019.

**RESPONSE TO THE FOURTH CAUSE OF ACTION**

10. Dismissed by Memorandum & Order dated 8/27/2019.

## RESPONSE TO THE FIFTH CAUSE OF ACTION

11. Deny the allegations, deny the allegations as inapplicable to answering Defendant, and refer all questions of fact and law to trial of this matter.

## RESPONSE TO THE SIXTH CAUSE OF ACTION

12. Deny the allegations, deny the allegations as inapplicable to answering Defendant, and refer all questions of fact and law to trial of this matter.

## RESPONSE TO THE SEVENTH CAUSE OF ACTION

13. Deny the allegations, and refer all questions of fact and law to trial of this matter.

## RESPONSE TO THE EIGHTH CAUSE OF ACTION

14. Dismissed by Memorandum & Order dated 8/27/2019.

## RESPONSE TO THE NINTH CAUSE OF ACTION

15. Dismissed by Memorandum & Order dated 8/27/2019.

## RESPONSE TO THE TENTH CAUSE OF ACTION

16. Deny the allegations, deny the allegations as inapplicable to answering Defendant, and refer all questions of fact and law to trial of this matter.

## FIRST AFFIRMATIVE DEFENSE

17. What remains of the Fifth Amended Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

18. Plaintiffs have failed to establish that they suffered any damages whatsoever.

### THIRD AFFIRMATIVE DEFENSE

19. The complaint fails to comply with the pleading requirements of Rule 8 and is therefore a nullity.

### FOURTH AFFIRMATIVE DEFENSE

20. The Plaintiffs are barred by one or more applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

21. The Plaintiffs have not pleaded a cognizable tort in the State of New York and therefore cannot recover under any theory of law.

### SIXTH AFFIRMATIVE DEFENSE

22. The Plaintiffs' claims are barred by the doctrine of waiver and/or estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

23. The Plaintiffs have failed to mitigate any alleged damages.

### EIGHTH AFFIRMATIVE DEFENSE

24. The Plaintiffs' claims are barred by the doctrine of contributory negligence.

### NINTH AFFIRMATIVE DEFENSE

25. The Plaintiffs cannot establish one or more necessary elements to support a cause of action for Intentional Infliction of Emotional Distress.

**WHEREFORE,** the answering Defendant demands that the sole remaining claim against him be dismissed, with prejudice, and for such other relief as the Court deems just and proper, including awarding Defendant the costs of this action, plus reasonable attorneys' fees.

Dated: September 9, 2019
     Miller Place, NY

Yours, etc.,

_____
Vesselin Mitev, Esq.
Ray, Mitev & Associates, LLP
Attorneys for Kerri Lechtrecker, o/b/o
Infant "L.M."
122 N. Country Road
Miller Place, NY 11764
631-473-1000
vesselin@raymitevlaw.com
www.raymitevlaw.com

To: Clerk of the Court
    All Parties
    VIA ECF

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record herein, hereby certifies that on September 9, 2019, the foregoing **Answer of Infant L.M.,** was served by First-Class U.S. Mail and via ECF to the following person(s):

Law Offices of Cory H. Morris
Cory H. Morris, Esq.
33 Walt Whitman Road
Suite 310
Dix Hills, New York 11746

Patrick F. Adams, P.C.
Joseph M. Nador, Esq.
3500 Sunrise Highway
Building 300
Great River, NY 11739

Guercio & Guercio, LLP
Anthony J. Fasano, Jr., Esq.
Christopher Mestecky, Esq.
77 Conklin Street
Farmingdale, New York 11735

Tierney & Tierney
Stephen A. Ruland, Esq.
409 Route 112
Port Jefferson Station, NY 11776

Yannacone & Yannacone, P.C.
Victor John Yannacone, Jr., Esq.
P.O. Box 109
Patchogue, New York 11772

_____
Vesselin Mitev, Esq.
Ray, Mitev & Associates, LLP
*Attorneys for Defendant*
*Infant "L.M."*
122 North Country Road
Miller Place, New York 11764
vesselin@raymitevlaw.com
(631) 473-1000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Docket No. 18-CV-03099 (DRH) (GRB)     Year: 2018     Hon. Denis R. Hurley

---

**D.W.M.**, a minor by Willie Moore, his father, and Ursula Moore, his mother, **D.D.M.**, a minor by Willie Moore, his father, and Ursula Moore, his mother, and **WILLIE MOORE** and **URSULA MOORE**,

                        Plaintiffs,

               -against-

**ST. MARY SCHOOL**,
**BIAGIO M. ARPINO**, *Principal of St. Mary School*,
and **THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE**,

**KERRI LECHTRECKER**, individually and as the mother of **L.M.**, and infant, **"MIKE" JONES** and **CHRISTINE JONES**, individually and as parents and natural guardians of **M.J.**, an infant; and **KRZYSZTOF MARS** and **DOROTA MARS**. Individually and as the parents and natural guardians of **M.M.**, an infant,

                        Defendants.

## ANSWER OF INFANT L.M.

**RAY, MITEV & ASSOCIATES, LLP**
*Attorneys for Defendant*
122 North Country Road
P. O. Box 5440
Miller Place, New York 11764-1117
(631) 473-1000

---

To: All Counsel                                                Signature (Rule 130-1.1-a)
                                                                          ............./S/.............
                                                                          Vesselin Mitev, Esq.

---

Service of a copy of the within                          is hereby admitted.
Dated,

                                                             ......................................................
                                                             Attorney(s) for

Dated:   Miller Place, New York
           September 9, 2019                                      Yours, etc,.

                                                          **RAY, MITEV & ASSOCIATES, LLP**
                                                          *Attorneys for Defendant LM*
                                                          122 NORTH COUNTRY ROAD
                                                           P.O. BOX 5440
                                                           MILLER PLACE, NEW YORK 11764-1117
                                                           (631) 473-1000