UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X Docket No.: 2:18-cv-03099-DRH-GRB
D.W.M., a minor by Willie Moore, his father, and
Ursula Moore, his mother, **D.D.M.**, a minor by
Willie Moore, his father, and Ursula Moore, his mother,
and **WILLIE MOORE** and **URSULA MOORE**,

                              Plaintiffs,                    **ANSWER OF INFANT M.M.**

           -against-

**ST. MARY SCHOOL,**
**BIAGIO M. ARPINO**, *Principal of St. Mary School*,
and **THE ROMAN CATHOLIC DIOCESE OF**
**ROCKVILLE CENTRE,**

**KERRI LECHTRECKER**, individually and as the mother
of **L.M.**, an infant, **"MIKE" JONES** and
**CHRISTINE JONES**, individually
and as parents and natural guardians of **M.J.**, an infant;
and **KRZYSZTOF MARS** and **DOROTA MARS**. Individually
and as the parents and natural guardians of **M.M.**, an infant,

                              Defendants.
--------------------------------------------------------------X

     Defendant, infant, M.M. by and through his Parent and Natural Guardians KRZYSZTOF MARS and DOROTA MARS, appears, through his attorneys, TIERNEY & TIERNEY, ESQS., and answers the Fifth Amended Complaint as follows:

     1. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraphs 1-19, paragraphs 21-24, paragraph 28, except admits that Plaintiff D.W.M. is African American, paragraphs 29, paragraphs 30, except admits that Plaintiff D.D.M. is African American, paragraph 31, paragraph 32, except admits that Plaintiff Ursula Moore is African American, paragraph 33, except admits that Plaintiff Willie Moore is African American, paragraphs 34-61, paragraphs 62, 63, 66, 68, 69, 70, and 71 paragraphs 73-76, except denies that M.M. re-posted any images to his channel and one or more other channels,

paragraphs 77- 89, paragraphs 92, 93, 95, 96, paragraphs 98-104, paragraphs 106, and 108 paragraphs 111-136, paragraphs 139-276, paragraphs 286-295 admits that any documents referenced therein speak for themselves, and otherwise refers all questions of law or fact to trial of this matter.

2. Admits paragraph 20.

3. Admits paragraph 25.

4. Admits paragraph 26.

5. Does not contest venue (paragraph 27) or jurisdiction, which has already been determined by Order of this Court dated, August 27, 2019.

6. Denies paragraphs 64, 65, 72, 90, 91, 94, 97, 103, 105, 107, 109, 137, 138, to the extent it can be construed to set forth an allegation against answering Defendant, paragraph 110, paragraphs 277-282, paragraphs 283, 284, 285.

## RESPONSE TO THE FIRST CAUSE OF ACTION

7. Dismissed by Memorandum and Order dated August 27, 2019.

## RESPONSE TO THE SECOND CAUSE OF ACTION

8. Dismissed by Memorandum and Order dated August 27, 2019.

## RESPONSE TO THIRD CAUSE OF ACTION

9. Dismissed by Memorandum and Order dated August 27, 2019.

## RESPONSE TO FOURTH CAUSE OF ACTION

10. Dismissed by Memorandum and Order dated August 27, 2019.

## RESPONSE TO FIFTH CAUSE OF ACTION

11. Deny the allegations, deny the allegations as inapplicable to answering Defendant, and refer all questions of fact and law to trial of this matter.

### RESPONSE TO SIXTH CAUSE OF ACTION

12. Deny the allegations, deny the allegations as inapplicable to answering Defendant, and refer all questions of fact and law to trial of this matter.

### RESPONSE TO SEVENTH CAUSE OF ACTION

13. Deny the allegations, and refer all questions of fact and law to trial of this matter.

### RESPONSE TO EIGHTH CAUSE OF ACTION

14. Dismissed as against answering Defendant by Memorandum and Order dated August 27, 2019.

### RESPONSE TO NINTH CAUSE OF ACTION

15. Dismissed by Memorandum and Order dated August 27, 2019.

### RESPONSE TO TENTH CAUSE OF ACTION

16. Deny the allegations, deny the allegations as inapplicable to answering Defendant, and refer all questions of fact and law to trial of this matter.

### FIRST AFFIRMATIVE DEFENSE

17. What remains of the Fifth Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

18. Plaintiffs have failed to establish that they suffered any damages whatsoever.

### THIRD AFFIRMATIVE DEFENSE

19. The Complaint fails to comply with the pleadings requirements of Rule 8 and is therefore a nullity.

## FOURTH AFFIRMATIVE DEFENSE

20. The Plaintiffs are barred by one or more applicable statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

21. The Plaintiffs have not pleaded a cognizable tort in the State of New York and therefore cannot recover under any theory of law.

## SIXTH AFFIRMATIVE DEFENSE

22. The Plaintiffs' claims are barred by the doctrine of waiver and/or estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

23. The Plaintiffs have failed to mitigate any alleged damages.

## EIGHTH AFFIRMATIVE DEFENSE

24. The Plaintiffs' claims are barred by the doctrine of contributory negligence.

## NINTH AFFIRMATIVE DEFENSE

25. The Plaintiffs cannot establish one or more necessary elements to support a cause of action for Intentional Infliction of Emotional Distress.

**WHEREFORE,** the answering Defendant demands that the sole remaining claim against him be dismissed, with prejudice, and for such other relief as the Court deems just and proper, including awarding Defendant costs of this action, plus reasonable attorneys' fees.

Dated: September 10, 2019
      Port Jefferson Station, New York

                         Yours , etc.

                         TIERNEY & TIERNEY, ESQS.

                         _____

                         STEPHEN A. RULAND, ESQ. (SR-2832)
                         409 Route 112
                         Port Jefferson Station, New York 11776
                         Stephen.ruland@tierneylaw.net
                         (631) 928-1444
                         Attorneys for Defendant
                         **KRZYSZTOF MARS** and **DOROTA MARS**. Individually and as the parents and natural guardians of **M.M.**, an infant

To:    Clerk of the Court
        All parties Via ECF

**LAW OFFICES OF CORY H. MORRIS**
Attorneys for Plaintiff
**D.W.M.**, a minor by Willie Moore, his father, and Ursula Moore, his mother, **D.D.M.**, a minor by Willie Moore, his father, and Ursula Moore, his mother, and **WILLIE MOORE** and **URSULA MOORE**
33 Walt Whitman Road – Suite 310
Dix Hills, New York 11746

**Yannacone & Yannacone, P.C.**
**Victor John Yannacone, Jr., Esq**.
P.O. Box 109
Patchogue, New York 11772

**JOSEPH M. NADER, ESQ.**
**PATRICK F. ADAMS, P.C.**
Attorneys for Defendant
**ST. MARY SCHOOL,**
**BIAGIO M. ARPINO**, *Principal of St. Mary School*,
and **THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTER,**
3500 Sunrise Highway – Building 300
Great River, New York 11739

5

**VESSELIN MITEV, ESQ.**
**RAY, MITEV AND ASSOCIATES, LLP**
Attorneys for Defendant
**KERRI LECHTRECKER**, individually and as the mother
of **L.M.**, an infant
122 North Country Road
Miller Place, New York 11764

**CHRISTOPHER MESTECKY, ESQ.**
**ANTHONY J. FASANO, JR., ESQ.**
**GUERCIO AND GUERCIO**
Attorneys for Defendant
**"MIKE" JONES** and **CHRISTINE JONES**, individually
and as parents and natural guardians of **M.J.**, an infant
77 Conklin Street
Farmingdale, New York 11753

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record herein, hereby certifies that on September 10, 2019, the forgoing **Answer of Infant, M.M.**, was served First-Class U.S. Mail and via ECF to the following persons:

TO: **LAW OFFICES OF CORY H. MORRIS**
Attorneys for Plaintiff
**D.W.M.**, a minor by Willie Moore, his father, and
Ursula Moore, his mother, **D.D.M.**, a minor by
Willie Moore, his father, and Ursula Moore, his mother,
and **WILLIE MOORE** and **URSULA MOORE**
33 Walt Whitman Road – Suite 310
Dix Hills, New York 11746

**Yannacone & Yannacone, P.C.**
**Victor John Yannacone, Jr., Esq.**
P.O. Box 109
Patchogue, New York 11772

**JOSEPH M. NADER, ESQ.**
**PATRICK F. ADAMS, P.C.**
Attorneys for Defendant
**ST. MARY SCHOOL**,
**BIAGIO M. ARPINO**, *Principal of St. Mary School*,
and **THE ROMAN CATHOLIC DIOCESE OF**
**ROCKVILLE CENTER,**
3500 Sunrise Highway – Building 300
Great River, New York 11739

**VESSELIN MITEV, ESQ.**
**RAY, MITEV AND ASSOCIATES, LLP**
Attorneys for Defendant
**KERRI LECHTRECKER**, individually and as the mother
of **L.M.**, an infant
122 North Country Road
Miller Place, New York 11764

**CHRISTOPHER MESTECKY, ESQ.**
**ANTHONY J. FASANO, JR., ESQ.**
**GUERCIO AND GUERCIO**
Attorneys for Defendant
**"MIKE" JONES** and **CHRISTINE JONES**, individually
and as parents and natural guardians of **M.J.,** an infant
77 Conklin Street
Farmingdale, New York 11753

_____
STEPHEN A. RULAND, ESQ. (sr-2832)
TIERNEY and TIERNEY, ESQS.
Attorneys for Defendant
**KRZYSZTOF MARS** and **DOROTA MARS**. Individually and as the parents and natural guardians of **M.M.**, an infant
409 Route 112
Port Jefferson Station, New York 11776
Stephen.ruland@tierneylaw.net
(631) 928-1444

Docket No.: 2:18-cv-03099-DRH-GRB  Year 20
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

===========================================================================

**D.W.M.**, a minor by Willie Moore, his father, and
Ursula Moore, his mother, **D.D.M.**, a minor by
Willie Moore, his father, and Ursula Moore, his mother,
and **WILLIE MOORE** and **URSULA MOORE**,

                                    Plaintiffs,

       -against-

**ST. MARY SCHOOL**,
**BIAGIO M. ARPINO**, *Principal of St. Mary School*,
and **THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTER**,
**KERRI LECHTRECKER**, individually and as the mother
Of **L.M.**, and infant, and **E.G.M.** (initials by Order of the Court),
Individually and as the father of **L.M.**, an infant;
**"MIKE" JONES** and **CHRISTINE JONES**, individually
and as parents and natural guardians of **M.J.**, an infant;
and **KRZYSZTOF MARS** and **DOROTA MARS**. Individually
and as the parents and natural guardians of **M.M.**, an infant,

                                    Defendants.

===========================================================================

## ANSWER OF INFANT M.M.

===========================================================================

**Tierney & Tierney, Esqs.**
**Attorneys for Defendant**
**409 Route 112**
**Port Jefferson Station, New York 11776**
**(631) 928-1444**

===========================================================================

TO:
Attorney(s) for

===========================================================================

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document(s) are not frivolous. September 10, 2019

                                                  STEPHEN A. RULAND, ESQ. (SR2832)

===========================================================================

Service of a copy of the within _____ is hereby admitted.
Dated:

                                  Attorney(s) for

===========================================================================

**PLEASE TAKE NOTICE**

**Notice of Entry** [ ]  that the within is a (certified) true copy of a _____ entered in the office of the Clerk of the within named Court on , 20 .

**Notice of Settlement** [ ] that an Order of which the within is a true copy will be presented for settlement to the Hon. _____, one of the judges of the within named Court, on _____, 20 , at ____ a.m./p.m.

Dated:                                                   **Tierney & Tierney, Esqs.**
                                                                  **Attorneys for Defendant**
                                                                  **409 Route 112**
                                                                  **Port Jefferson Station, New York 11776**

TO: