UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
D.W.M., a minor by Willie Moore, his father, and Ursula Moore, his mother;
D.D.M., a minor by Willie Moore, his father, and Ursula Moore, his mother, and WILLIE MOORE and URSULA MOORE,

                Plaintiffs

   -against-

ST. MARY SCHOOL, BIAGIO M. ARPINO, Principal of St. Mary School, and THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, L.M., M.J., and M.M., infants by their respective parents and natural guardians, KERRI LECHTRECKER, individually and as the mother of L.M., an infant, and E.G.M. (initials by Order of the Court), individually and as the father of L.M., an infant; "MIKE" JONES and CHRISTINE JONES, Individually and as parents and natural guardians of M.J., an infant; and KRZYSZTOF MARS and DOROTA MARS. Individually and as the parents and natural guardians of M.M., an infant,

                Defendants.
---------------------------------------------------------------- x

Docket No.: 2:18-cv-3099(DRH)(GRB)

**ANSWER OF ST. MARY SCHOOL, BIAGIO M. ARPINO, PRINCIPAL OF ST. MARY SCHOOL AND THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE**

    Defendants, **ST. MARY SCHOOL, BIAGIO M. ARPINO AND THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE**, appear, through their attorneys, **PATRICK F. ADAMS, P.C.**, and answer the Fourth Amended Complaint as follows:

    1.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 1, paragraphs 10-16, paragraph 20, 21, paragraphs 25, 26, paragraphs 28, 29, paragraphs 31, 32, paragraphs 33, 34, 35, paragraphs 40-57, 59, 60,

62-67, 73, 74, 76-78, 85-109, 111-119, 127, 133-136, 150-164, 166, 167, 195, 228-239, 258, 259 and 287.

    2.    Admit paragraphs 19, 22, 23, 27, 36, 37, 68, and 209-214.

    3.    Deny paragraphs 2-9, 17, 18, 24, 30, 38, 39, 58, 60, 61, 69-72, 75, 79-84, 110, 120-126, 128-132, 137-149, 165, 168-194, 196-208, 215-227, 240-257, 260-286, and 288-295.

### RESPONSE TO THE FIRST CAUSE OF ACTION

    4.    Dismissed by Memorandum and Order dated August 27, 2019.

### RESPONSE TO THE SECOND CAUSE OF ACTION

    5.    Dismissed by Memorandum and Order dated August 27, 2019.

### RESPONSE TO THIRD CAUSE OF ACTION

    6.    Dismissed by Memorandum and Order dated August 27, 2019.

### RESPONSE TO FOURTH CAUSE OF ACTION

    7.    Dismissed by Memorandum and Order dated August 27, 2019.

### RESPONSE TO FIFTH CAUSE OF ACTION

    8.    In response to the Fifth Cause of Action, defendants repeat and reiterate each and every denial, admission and denial of knowledge and information sufficient to form a belief as to paragraphs "1" through "295" of plaintiff's Fourth Amended complaint as if same were fully set forth herein.

### RESPONSE TO SIXTH CAUSE OF ACTION

    9.    In response to the Sixth Cause of Action, defendants repeat and reiterate each and every denial, admission and denial of knowledge and information sufficient to form a

belief as to paragraphs "1" through "295" of plaintiff's Fourth Amended complaint as if same were fully set forth herein.

### RESPONSE TO SEVENTH CAUSE OF ACTION

10. Dismissed by Memorandum and Order dated August 27, 2019.

### RESPONSE TO EIGHTH CAUSE OF ACTION

11. In response to the Eighth Cause of Action, defendants repeat and reiterate each and every denial, admission and denial of knowledge and information sufficient to form a belief as to paragraphs "1" through "295" of plaintiff's Fourth Amended complaint as if same were fully set forth herein.

### RESPONSE TO NINTH CAUSE OF ACTION

12. Dismissed by Memorandum and Order dated August 27, 2019.

### RESPONSE TO TENTH CAUSE OF ACTION

13. In response to the Tenth Cause of Action, defendants repeat and reiterate each and every denial, admission and denial of knowledge and information sufficient to form a belief as to paragraphs "1" through "295" of plaintiff's Fourth Amended complaint as if same were fully set forth herein.

### FIRST AFFIRMATIVE DEFENSE

14. What remains of the Fourth Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

15. Plaintiffs have failed to establish that they suffered any damages whatsoever.

### THIRD AFFIRMATIVE DEFENSE

16. The Fourth Amended Complaint fails to comply with the pleadings requirements of Rule 8 and is therefore a nullity.

### FOURTH AFFIRMATIVE DEFENSE

17. The Plaintiffs are barred by one or more applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

18. The Plaintiffs have not pleaded a cognizable tort in the State of New York and therefore cannot recover under any theory of law.

### SIXTH AFFIRMATIVE DEFENSE

19. The Plaintiffs have failed to mitigate any alleged damages

### SEVENTH AFFIRMATIVE DEFENSE

20. Defendants, **ST. MARY SCHOOL, BIAGIO M. ARPINO AND THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE**, allege upon information and belief, that if plaintiff sustained injuries or damages at the time and place alleged in plaintiffs' Fourth Amended Complaint, such injuries and damages were the result of the culpable conduct of the plaintiff or because of the plaintiffs' assumption of risk. Should it be found, however, that the answering defendants are liable to the plaintiff herein, any liability being specifically denied, then the answering defendants allege that if any damages are found they should be apportioned among the plaintiff and defendant according to the degree of responsibility that each is found to have in the occurrence in proportion to the entire measure of responsibility for the occurrence.

### EIGHTH AFFIRMATIVE DEFENSE

21. These answering defendants plead the provisions and terms of CPLR Article 16 otherwise known as claiming limitations of liability and these answering defendants

reserve the right to claim the limitations of liability pursuant to Article 16 of the CPLR, for any recovery herein by the plaintiff for non-economic loss.

### NINTH AFFIRMATIVE DEFENSE

22. These answering defendants reserve the right to the benefit of any and all offsets from payments and settlements to the plaintiff from any of the other tortfeasors pursuant to General Obligations Law 15-108.

**WHEREFORE,** the answering Defendants, **ST. MARY SCHOOL, BIAGIO M. ARPINO AND THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE** demand that the sole remaining claim against them be dismissed, with prejudice, and for such other relief as the Court deems just and proper, including awarding Defendants costs of this action, plus reasonable attorneys' fees.

Dated: Great River, New York
September 11, 2019

Yours, etc.,

PATRICK F. ADAMS, P.C.
BY: JOSEPH M. NADOR, ESQ.
Attorneys for Defendants
**ST. MARY SCHOOL, BIAGIO M. ARPINO AND THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE**
3500 Sunrise Highway; Building 300
Great River, New York 11739
(631) 666-6200

TO: LAW OFFICES OF CORY H. MORRIS
Attorney for Plaintiffs
D.W.M., a minor by Willie Moore, his father, and Ursula Moore,
his mother, D.D.M., a minor by Willie Moore, his father and
Ursula Moore, his mother, and WILLIE MOORE and URSULA
MOORE
33 Walt Whitman Road, Suite 310
Dix Hills, New York 11746
(631) 450-2515
Cory.H.Morris@protonmail.com

YANNACONE & YANNACONE, P.C.
Attorneys for Plaintiffs
P.O. Box 109
Patchogue, New York 11772
(631) 475-0231

RAY, MITEV & ASSOCIATES, LLP
Attorneys for infant defendant LM by his mother and
 natural guardian KERRI LECHTRECKER, individually
and as the mother of L.M. an infant
122 North Country Road
Miller Place, New York 11764
631-473-1000
Vesselin@raymitevlaw.com

TIERNEY & TIERNEY, ESQS.
Attorneys for Defendant
KRZYSZTOF MARS and DOROTA MARS
Individually and as the parents and natural guardians
of M.M. an infant
409 Route 112
Port Jefferson Station, New York 11776
(631) 928-1444
Stephen.ruland@tierneylaw.net

GUERCIO AND GUERCIO
Attorneys for Defendant
MIKE JONES and CHRISTINE JONES, individually
and as parents and natural guardians of M.J., an infant
77 Conklin Street
Farmingdale, New York 11753
(516) 694-3000
cmestecky@guerciolaw.com
afasano@guerciolaw.com

JMN:kp
[P091119AN]