Jared  Dec 7, 2017 4:48 PM

281 KB
**athletic.jpg**



 TheDefinitionOfGar... Dec 7, 2017 4:49 PM
Eric looks dead

That's racism the minion

 You're viewing older messages