

 **Let's Overthrow Liam** Yesterday at 6:45 PM

217 KB
**devin_kill.png**



 **Let's Overthrow Liam** Yesterday at 6:47 PM