105 KB

**devin_oof.png**



Apr 13, 2018



**Let's Overthrow Liam** Today at 3:46 AM

376 KB

**divinity.png**

