Let's Overthrow Liam
hot

Apr 12, 2018

Let's Overthrow Liam  Yesterday at 6:29 PM

290 KB
**king_fuhrer_define_must_be_heiled.png**



Let's Overthrow Liam  Yesterday at 6:29 PM
hot

Let's Overthrow Liam  Yesterday at 6:37 PM

600 KB
**black_devin.png**