
TheDefinitionOfGar...
It's something


Jared Dec 7, 2017 4:56 PM

54.37 KB
**KKKek.png**




Jared Dec 7, 2017 4:56 PM
he my dad


TheDefinitionOfGar... Dec 7, 2017 4:56 PM
So wait why r u racist


Jared Dec 7, 2017 4:56 PM
https://www.youtube.com/watch?v=CMV7OdMjJHI

YouTube


You're viewing older messages