

**TheDefinitionOfGar...** Dec 7, 2017 4:49 PM
Eric looks dead
That's racism the minion



**Jared** Dec 7, 2017 4:49 PM

11.73 KB
OmfgHow.jpg



BREAKING NEWS
MAN DIES AFTER KILLING HIMSELF
10:16  A MAN IN CALIFORNIA DIED AFTER HE COMMITTED SUICIDE IN HIS OWN APPARTEN



**TheDefinitionOfGar...** Dec 7, 2017 4:49 PM
Why would u Send that to a black person?
I think an apology is an order



**Jared** Dec 7, 2017 4:50 PM

 You're viewing older messages