Let's Overthrow Liam — Yesterday at 6:55 PM

212 KB
devin_is_the_trash_man.png




Let's Overthrow Liam — Yesterday at 6:57 PM
That's illegal


Let's Overthrow Liam — Yesterday at 7:01 PM

643 KB
DEVIN-096.png