LAW OFFICES
OF
**GUERCIO & GUERCIO, LLP**

| | | |
|---|---|---|
| GREGORY J. GUERCIO | 77 Conklin Street | KATHRYN J. MAIER |
| RICHARD J. GUERCIO | Farmingdale, New York 11735 | BARBARA J. EMIGHOLZ |
| GARY L. STEFFANETTA | (516) 694-3000 | REESA F. MILES |
| JOHN P. SHEAHAN | FAX: (516) 694-4738 | ERIC LEVINE |
| BARBARA P. ALOE | | DANIELA GIORDANO |
| ERIN M. O'GRADY-PARENT | | FRANK G. BARILE |
| LISA L. HUTCHINSON | 24 Century Hill Drive, Suite 101 | MARIA G. CASAMASSA |
| BONNIE L. GORHAM | Latham, New York 12110 | NICOLE A. MURPHY |
| CHRISTOPHER F. MESTECKY | (518) 690-7000 | MATTHEW A. GALANTE |
| CHRISTOPHER W. SHISHKO | Fax: (518) 690-0783 | TORREY A. CHIN |
| GREGORY A. GILLEN | www.guerciolaw.com | STEPHANIE A. DENZEL |
| PATRICIA A. UNZ | _____ | BRYAN GEORGIADY |
| ANTHONY J. FASANO | | CHRISTINA M. BRENNAN |
| DOUGLAS A. SPENCER | | NOREEN M. GILROY |

Of Counsel
KATHY A. AHEARN

Reply to: Farmingdale x
Latham ☐

October 14, 2020

**VIA ECF**
Honorable A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **D.W.M. v. St. Mary School, et. al, 2:18-cv-03099-DRH-AKT**

Your Honor:

This office represents the Defendants, Mike Jones and Christine Jones, individually and as parents and natural guardians of M.J., an infant, ("Defendants"), in connection with the above-captioned matter. We write in furtherance of your Order dated June 19, 2020, and our letter request dated September 29, 2020 (Doc. # 108).

In the Order, specifically Paragraph 5, the Court rejected the proposed infant's compromise order. Further, the Court directed that a letter be sent by June 26, 2020, advising the Court as to how the parties would proceed on this issue. After several attempts to negotiate this issue with Plaintiff's counsel, we have been unable to find a mutually agreeable method. Consequently, we respectfully request a conference with the Court on this issue. Plaintiff's counsel consents to the conference.

Very truly yours,

/s/

ANTHONY J. FASANO

cc: Cory H. Morris (VIA ECF)
Victor John Yannacone, Jr. (VIA ECF)
Joseph M. Nador (VIA ECF)
Stephen A. Ruland (VIA ECF)
Vesselin V. Mitev (VIA ECF)

GGDOCS-404906374-572