UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
D.W.M., a minor by Willie Moore, his father, and
Ursula Moore, his mother, D.D.M., a minor by
Willie Moore, his father, and Ursula Moore, his
mother, WILLIE MOORE and URSULA MOORE,

                           Plaintiffs,

      -against-

ST. MARY SCHOOL, BIAGIO M. ARPINO,
Principal of St. Mary School, and THE ROMAN
CATHOLIC DIOCESE OF ROCKVILLE
CENTRE,

                          Defendants.
-------------------------------------------------------------------X

**ORDER**

CV 18-3099 (DRH) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received the nearly duplicative letters of Defendants Mike Jones and Christine Jones, individually and as parents and natural guardians of M.J., requesting a conference with the Court to address the parties' impasse as to the resolution of the pending Infant Compromise Order. *See* DE 108, 119. Counsel for the parties were previously directed to inform the Court in writing as to how they intended to proceed regarding this issue by June 26, 2020. *See* June 19, 2020 CCMO [DE 101]. On June 26, 2020, Plaintiff's counsel advised the Court that the parties still had not reached an agreement as to how they would proceed and required until July 10, 2020 to advise the Court on the issue. *See* DE 102. Defendants' letters are now submitted over two months later without any explanation as to why the parties did not comply with the July 10, 2020 date previously provided to the Court.

The Court is setting this case down for a telephone conference on **November 6, 2020 at 12:30 p.m.** to address this issue. Counsel are directed to use the Court's teleconference line at 866-590-5055, access code 9720458.

In the interim, no later than October 30, 2020, the disputing parties are to individually and separately file on ECF a letter not to exceed two pages (or it will be returned to counsel) stating with specificity the party's version of the dispute as well as individual counsel's position as to how the dispute should be resolved. The disputing parties should include citations to any caselaw which supports their respective positions. The Court expects each disputing party's statement to be precise and narrowly tailored and not to be treated as an opportunity to expand beyond what has previously been discussed.

**SO ORDERED.**

Dated: Central Islip, New York
October 21, 2020

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge