```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
D.W.M., a minor by Willie Moore, his father,
and Ursula Moore, his mother, D.D.M., a minor
by Willie Moore, his father, and Ursula Moore,
his mother, and Willie Moore and Ursula Moore,

                        Plaintiffs,
        -against-

St. Mary School,
Biagio M. Arpino, Principal of St. Mary School,
and The Roman Catholic Diocese of Rockville
Centre, L.M., M.J., and M.M., infants by
their respective parents and natural guardians,
Kerri Lechtrecker, individually and as the mother
of L.M., an infant, and E.G.M. (initials by Order
of the Court), individually and as the father of
L.M. an infant; "Mike" Jones and Christine Jones,
individually and as parents and natural guardians
of M.J., an infant; and Krzysztof Mars and
Dorota Mars. Individually and as the parents
and natural guardians on M.M., an infant,

                        Defendants.
----------------------------------------------------------X
```

FILED
CLERK

9:58 am, Dec 01, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

RECUSAL ORDER

2:18-cv-03099 (JS)(JMW)

**WICKS, Magistrate Judge**

    The undersigned hereby recuses himself from the above entitled case pursuant to 28 U.S.C., Section 455 (a) and it is requested that the Clerk of the Court reassign this case to another Magistrate Judge in the ordinary course of business.

                      **SO ORDERED**:

                       s/ *James M. Wicks*
                       JAMES M. WICKS
                       United States Magistrate Judge

Dated:    December 1, 2023